IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CORINTHIAN MARBLE & GRANITE, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**T.D. BANK, N.A.**<br><br>Defendant. | CIVIL ACTION<br><br>NO. 12-cv-3744 |

# O R D E R

**AND NOW**, this 23rd day of January, 2013, upon consideration of Plaintiff's Motion to Remand (Document No. 8, filed August 2, 2012), Defendant TD Bank, N.A[.]'s Opposition to Corinthian Marble & Granite, Inc.'s Motion to Remand (Document No. 12, filed August 17, 2012), Plaintiff's Reply Memorandum of Law in Further Support of Plaintiff's Motion to Remand (Document No. 14, filed August 24, 2012), and Defendant TD Bank, N.A[.]'s Motion to Dismiss (Document No. 6, filed July 7, 2012), for the reasons set forth in the Memorandum dated January 23, 2013, **IT IS ORDERED** that Plaintiff's Motion to Remand is **GRANTED**, and this case is **REMANDED** to the Court of Common Pleas of Philadelphia County. Because the case is remanded, the Court does not rule on Defendant TD Bank, N.A[.]'s Motion to Dismiss.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

_____
**JAN E. DuBOIS, J.**